May 21, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

### EX PARTE ANTONIO MCGUIRE, Relator

NO. 14-14-01010-CR

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on December 11, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.